UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
LIBERTY MUTUAL FIRE INSURANCE
COMPANY,

            Plaintiff,                        **ORDER TO STRIKE**

v.

                                                       20-cv-02396-KMK

AMERICAN ZURICH INSURANCE
COMPANY,
           Defendant.
-------------------------------------------------------------x

PHILIP M. HALPERN, United States District Judge:

On June 10, 2020, an Order of Reference to Magistrate Judge (Doc. 7) was inadvertently filed in this action due to an incorrect transcription of the docket number.

The Clerk of Court is respectfully requested to strike Doc. 7 from the docket of this action.

SO ORDERED:

Dated: New York, New York
        June 10, 2020

_____
Philip M. Halpern
United States District Judge